**Bill Board Publishing Company, Appellant, v. F. C. McCarahan, Appellee.**

**Gen. No. 17,899.**

INJUNCTION—*damages.* Evidence held to justify the assessment of certain expenses of securing the dissolution of an injunction as damages against complainant.

Appeal from the Superior Court of Cook county; the Hon. WILLIAM FENIMORE COOPER, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed May 26, 1913.

SIMMONS & IRVING, for appellant.

J. S. McCLURE, for appellee.

MR. JUSTICE BROWN delivered the opinion of the court.

We do not think this appeal merits extended dis-

cussion.   We have decided in cause No. 17,392, *ante,*
p. 544, that the injunction, the expenses of securing the
dissolution of which to the amount of $200 have been
assessed against the appellant herein as damages, was
properly dissolved.

We have read and considered the certificate of evi-
dence found in the transcript of the record herein, and
see no error in the rulings of the Judge on the evi-
dence and enough in the evidence presented to justify
the assessment that was made.   It was evidently con-
fined to services performed prior to the order of dis-
solution.

The judgment or decree of the Superior Court is
affirmed.

*Affirmed.*